GARDY & NOTIS, LLP
Jennifer Sarnelli
126 East 56th Street, 8th Floor
New York, NY 10022
(212) 905-0509

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SYNCHRONOSS TECHNOLOGIES, INC. DERIVATIVE LITIGATION | Civil Action No. 17-7173 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | **NOTICE OF APPEAL** |

Lead Plaintiff Lisa LaBoeuf, by and through her counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the following Court orders:

- November 26, 2019 Order and Opinion Granting in Part Defendants' Motion to Dismiss (ECF Nos. 62, 63);

- June 12, 2020 Order and Opinion Granting Defendants' Motion for Reconsideration (ECF Nos. 75, 76); and

- April 30, 2021 Order and Opinion Granting Defendants' Motion to Dismiss (ECF Nos. 100, 101).

May 28, 2021                          Respectfully submitted,

                                      /s/ Jennifer Sarnelli
                                      GARDY & NOTIS, LLP
                                      Jennifer Sarnelli (NJ Bar No. 3242003)
                                      126 East 56th Street, 8th Floor
                                      New York, NY 10022
                                      (212) 905-0509

                                      *Liaison Counsel for Plaintiff*

                                      Jeffrey C. Block (pro hac vice)
                                      Joel A. Fleming (pro hac vice)
                                      Jacob A. Walker (pro hac vice)
                                      BLOCK & LEVITON LLP
                                      260 Franklin Street, Suite 1860
                                      Boston, Massachusetts 02110
                                      Telephone: (617) 398-5600
                                      Facsimile: (617) 507-6020

                                      *Counsel for Plaintiff*